1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Respondents
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | SHAFIQUA OSMANI,                  )
                                      ) No. C 06-0394 VRW
13 |         Petitioner,               )
                                      )
14 |   v.                              )
                                      ) **STIPULATION TO DISMISS AND**
15 | ALBERTO GONZALES, Attorney        ) **[PROPOSED] ORDER**
General of the United States;         )
16 | CALIFORNIA SERVICE CENTER,        )
United States Citizenship and Immigration )
17 | Services,                         )
            Respondents.               )
18 | _____ )

19 |   Subject to the Court's approval, the parties hereby stipulate to dismiss the petition for writ of

20 | habeas corpus in the above-entitled proceeding because the visa petition proceedings have been

21 | reopened, and the petition for alien relative (Form I-130) has been approved.

22 |   Therefore, the parties respectfully request that the Court dismiss the petition. The parties will

23 | bear their own costs and fees.

24 | ///

25 | ///

26 | ///

27

28 | Stipulation to Dismiss
C 06-0394 VRW

| | | |
|---|---|---|
| 1 | Date: February 21, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney |
| 6 | | Attorneys for Respondents |
| 7 | | |
| 8 | | |
| 9 | Date: February 22, 2006 | _____/s/_____<br>FRANK P. SPROULS<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 24, 2006

*[Signature: Judge Vaughn R Walker — IT IS SO ORDERED, United States District Court, Northern District of California seal]*

Stipulation to Dismiss
C 06-0394 VRW                                2